LESTER JOHN FISHER, APPELLANT, V.
OPAL MAY FISHER, APPELLEE.

312 N.W.2d 682

Filed November 25, 1981.  No. 43648.

John E. Trecek for appellant.

Thomas L. Morrissey for appellee.

Heard before KRIVOSHA, C.J., McCOWN, and HASTINGS, JJ., and KORTUM and GRANT, District Judges.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. Appellee is awarded the sum of $300 for her attorney. The judgment is affirmed.

AFFIRMED.